IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHRISTOPHER A. DAVIDSON,

        Plaintiff,                                No. 3:10-cv-6284-HZ

      v.

MICHAEL J. ASTRUE, Commissioner         ORDER
of Social Security,

        Defendant.

      Plaintiff Christopher Davidson brought this action seeking review of the Commissioner's decision to deny his applications for disability insurance benefits (DIB) and supplemental security income (SSI). In a September 27, 2011 Opinion & Order, I reversed the Commissioner's decision, concluding that the Administrative Law Judge (ALJ) had improperly rejected plaintiff's treating physician's opinion. I ordered that the case be remanded for an award of benefits to plaintiff. Judgment was entered on September 27, 2011.

      Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has no

1 - ORDER

objection to the request. I have reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by Gisbrecht v. Barnhart, 535 U.S. 789, 796 (2002), I find the requested fees reasonable.

I grant the motion [#29] and award plaintiff's counsel $10,232.25 in attorney's fees under 42 U.S.C. § 406(b). Previously, I awarded plaintiff attorney's fees in the amount of $4,590.49 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the section 406(b) check for payment to plaintiff's attorney, the Commissioner is directed to subtract the amount previously awarded under EAJA and send plaintiff's attorney the balance of $5,641.76, less any applicable processing fees as allowed by statute.

IT IS SO ORDERED.

Dated this    23rd    day of    May    , 2012


    /s/ Marco A. Hernandez
Marco A. Hernandez
United States District Judge

2 - ORDER